```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:09-cr-149 FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| | ) | STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| JUAN DIEGO PAUCAR, | ) | |
| SCOTT EDWARD WHITNEY, and | ) | |
| ERIK TROY ALEXANDER, | ) | DATE: September 14, 2009 |
| | ) | TIME: 10:00 a.m. |
| Defendants. | ) | COURT: Frank C. Damrell, Jr. |
| | ) | |

<u>Stipulation</u>

The parties stipulate that this matter should be continued from August 3, 2009, to Monday, September 14, 2009, at 10:00 a.m. The government provided a large stack of discovery documents to defense counsel on July 22, 2009. The government has some more documents to provide, as soon as it is collected from the case agents. Defense counsel need sufficient time to review the discovery documents and discuss them with their clients.

The parties further agree that time should be excluded from the speedy trial calculation under the Speedy Trial Act through the new

///

status conference date of September 14, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

Defense counsel have authorized the prosecutor to sign this stipulation on their behalf.

DATED: July 30, 2009                 LAWRENCE G. BROWN
                                     United States Attorney

                                by   /s/ Samantha S. Spangler
                                     Samantha S. Spangler
                                     Assistant U.S. Attorney

DATED: July 30, 2009            by   /s/ Samantha S. Spangler for
                                     John R. Manning
                                     Counsel for Juan Diego Paucar

DATED: July 30, 2009            by   /s/ Samantha S. Spangler for
                                     Carl E. Larson
                                     Counsel for Scott Edward Whitney

DATED: July 30, 2009            by   /s/ Samantha S. Spangler for
                                     William E. Bonham
                                     Counsel for Eric Troy Alexander

<u>Order</u>

Good cause appearing,

1) The status conference is continued to September 14, 2009, at 10:00 a.m.;

2) Time is excluded through September 14, 2009, to give counsel reasonable time to prepare, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(i) and Local Code T4. The Court finds that the interests of justice served by granting this continuance outweigh the interests of the defendants and the public in a speedy trial.

IT IS SO ORDERED.

DATED: July 31, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE