JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JUAN PAUCAR

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-09-0149 FCD |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER<br>) CONTINUING STATUS CONFERENCE |
| JUAN PAUCAR, et al, | ) Judge: Honorable Frank C. Damrell, Jr. |
| Defendants. | ) |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Samantha S. Spangler, Assistant United States Attorney, together with counsel for defendant Juan Paucar, John R. Manning, Esq., counsel for defendant Scott Whitney, Carl E. Larson, Esq., and counsel for defendant Erik Alexander, William E. Bonham, Esq., that the status conference presently set for September 14, 2009 be **continued to October 13, 2009, at 10:00 a.m.,** thus **vacating** the presently set status conference.

Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation, specifically additional discovery is anticipated and the defense would like more time to investigate the case) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, October 13, 2009.

IT IS SO STIPULATED.

1

| | |
|---|---|
| Dated: September 10, 2009 | /s/ John R. Manning |
| | JOHN R. MANNING |
| | Attorney for Defendant |
| | Juan Paucar |
| Dated: September 10, 2009 | /s/ Carl E. Larson |
| | CARL E. LARSON |
| | Attorney for Defendant |
| | Scott Whitney |
| Dated: September 10, 2009 | /s/ William E. Bonham |
| | WILLIAM E. BONHAM |
| | Attorney for Defendant |
| | Erik Alexander |
| Dated: September 10, 2009 | Lawrence Brown |
| | Acting United States Attorney |
| | by: /s/ Samantha S. Spangler |
| | SAMANTHA S. SPANGLER |
| | Assistant U.S. Attorney |

**IT IS SO ORDERED.**

Dated: September 11, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE