```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2792
 5
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   CASE NO. 2:09-cr-149 FCD
                                 )
12            Plaintiff,         )   STIPULATION AND ORDER CONTINUING
                                 )   STATUS CONFERENCE
13       v.                      )
                                 )
14  JUAN DIEGO PAUCAR,           )
    SCOTT EDWARD WHITNEY, and    )
15  ERIK TROY ALEXANDER,         )   DATE:  November 30, 2009
                                 )   TIME:  10:00 a.m.
16            Defendants.        )   COURT: Frank C. Damrell, Jr.
                                 )
17
18                             Stipulation
19       The parties stipulate that this matter should be continued from
20  October 13, 2009, to Monday, November 30, 2009, at 10:00 a.m.
21  Defense counsel need additional time to review the discovery
22  documents and discuss them with their clients.  Additionally, Mr.
23  Larson will be out of town most of the next two weeks, Ms. Spangler
24  will be in trial November 9-13, and Mr. Bonham will be in trial
25  starting November 16.
26       The parties further agree that time should be excluded from the
27  speedy trial calculation under the Speedy Trial Act through the new
28  ///
                                    1
```

status conference date of November 30, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

Defense counsel have authorized the prosecutor to sign this stipulation on their behalf.

DATED: October 9, 2009      LAWRENCE G. BROWN
United States Attorney

by   /s/
Samantha S. Spangler
Assistant U.S. Attorney

DATED: October 9, 2009    by   /s/ for
John R. Manning
Counsel for Juan Diego Paucar

DATED: October 9, 2009    by   /s/ for
Carl E. Larson
Counsel for Scott Edward Whitney

DATED: October 9, 2009    by   /s/ for
William E. Bonham
Counsel for Eric Troy Alexander

<u>Order</u>

Good cause appearing,

1) The status conference is continued to November 30, 2009, at 10:00 a.m.;

2) Time is excluded through November 30, 2009, to give counsel reasonable time to prepare, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and Local Code T4.  The Court finds that the interests of justice served by granting this continuance outweigh the interests of the defendants and the public in a speedy trial.

IT IS SO ORDERED.

DATED: October 9, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE