JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JUAN PAUCAR

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JUAN PAUCAR, et al,<br><br>  Defendants. | No. CR.S-09-0149 FCD<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br><br>Judge: Honorable Frank C. Damrell, Jr. |

IT IS HEREBY stipulated between the United States of America through its counsel, Samantha S. Spangler, Assistant United States Attorney, together with counsel for defendant Juan Paucar, John R. Manning, Esq., and counsel for defendant Erik Alexander, William E. Bonham, Esq., that the status conference presently set for November 30, 2009 be **continued to January 11, 2010, at 10:00 a.m**.

Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) and Local Code T4 (continuity of counsel / reasonable time for effective preparation, specifically additional discovery is anticipated, the defense would like more time to investigate the case and have time to further discuss a plea agreement with the government), and agree to exclude time from November 30, 2009, until the date of the status conference, January 11, 2010.

///

1

Counsel for the government and for Mr. Alexander have authorized counsel for Mr. Paucar to sign this stipulation.

IT IS SO STIPULATED.

Dated: November 24, 2009 /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Juan Paucar

Dated: November 24, 2009 /s/ John R. Manning for
WILLIAM E. BONHAM
Attorney for Defendant
Erik Alexander

Dated: November 24, 2009 Lawrence Brown
Acting United States Attorney

by: /s/ John R. Manning for
SAMANTHA S. SPANGLER
Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: November 24, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE