JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JUAN PAUCAR

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN PAUCAR, et al,<br><br>Defendants. | No. CR-S-09-0149 FCD<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Judge: Honorable Frank C. Damrell, Jr. |

IT IS HEREBY stipulated between the United States of America through its counsel, Samantha S. Spangler, Assistant United States Attorney, together with counsel for defendant Juan Paucar, John R. Manning, Esq., and counsel for defendant Erik Alexander, William E. Bonham, Esq., that the status conference presently set for March 1, 2010 be **continued to March 29, 2010, at 10:00 a.m**.

Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) and Local Code T4 (continuity of counsel / reasonable time for effective preparation, specifically additional time is requested to further discuss plea agreements with the government), and agree to exclude time from March 1, 2010, until the date of the status conference, March 29, 2010.

///

Counsel for the government and for Mr. Alexander have authorized counsel for Mr. Paucar to sign this stipulation.

IT IS SO STIPULATED.

Dated: February 25, 2010 /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Juan Paucar

Dated: February 25, 2010 /s/ John R. Manning for
WILLIAM E. BONHAM
Attorney for Defendant
Erik Alexander

Dated: February 25, 2010 Benjamin B. Wagner
United States Attorney

by: /s/ John R. Manning for
SAMANTHA S. SPANGLER
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: February 25, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE