JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JUAN PAUCAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JUAN PAUCAR,<br><br>    Defendant. | ) No. CR-S-09-0149 FCD<br>)<br>)<br>) ORDER TO CONTINUE STATUS<br>) CONFERNCE<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    GOOD CAUSE APPEARING, it is hereby ordered that the March 29, 2010 status conference as to defendant Juan Diego Paucar be continued to May 3, 2010 at 10:00 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from March 29, 2010, to May 3, 2010. IT IS SO ORDERED.

Dated: March 26, 2010

                                      FRANK C. DAMRELL, JR.
                                      UNITED STATES DISTRICT JUDGE