JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JUAN PAUCAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-09-149 FCD |
| Plaintiff, | ) ) ) | REQUEST AND ORDER FOR A PRE PLEA REPORT CALCULATING MR. PAUCAR'S CRIMINAL HISTORY |
| v. | ) ) | |
| JUAN PAUCAR, | ) | Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. | ) ) | |

Samantha Spangler, Assistant United States Attorney, and counsel for defendant Juan Paucar, John R. Manning, Esq., jointly request the Court order the United States Probation Department to draft a pre plea report for the sole purpose of calculating Mr. Paucar's criminal history. Mr. Paucar's criminal history is lengthy and a criminal history calculation will be an invaluable asset in this matter. The parties further request and stipulate the pre-plea report be given only to the Parties (and not the Court) until after any guilty plea is entered (or defendant is found so after trial).

Respectfully submitted,

Dated: March 25, 2010     /s/ John Manning
                           JOHN R. MANNING
                           Attorney for Defendant
                           Juan Paucar

1

Dated: March 25, 2010　　　　　　　　Benjamin B. Wagner
　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　by:　　/s/ John R. Manning for
　　　　　　　　　　　　　　　　　　SAMANTHA S. SPANGLER
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

## **ORDER**

UPON GOOD CAUSE SHOWN and the joint request of the Parties, it is ordered the United States Probation Department draft a pre-plea report for the sole purpose of calculating defendant Juan Paucar's criminal history. The criminal history report is to be disclosed to the Parties (and not the Court) not later than April 26, 2010.

IT IS SO ORDERED.

Dated: April 1, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE