JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JUAN PAUCAR

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>JUAN PAUCAR,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

No. CR-S-09-0149 FCD

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE

Judge: Honorable Frank C. Damrell, Jr.

_____

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Samantha S. Spangler, Assistant United States Attorney, together with counsel for defendant Juan Paucar, John R. Manning, Esq., that the status conference presently set for May 3, 2010 be **continued to June 28, 2010, at 10:00 a.m**.

The Court ordered the preparation of a pre-plea report relating only to the defendant's criminal history. The Probation Officer has indicated that he submitted that report to the parties on Monday of this week. Defense counsel needs additional time to review that report with the defendant and to continue to negotiate the terms of the proposed plea agreement with government counsel. Counsel for the government and counsel for Mr. Paucar agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) and Local Code T4 (continuity of counsel / reasonable time for effective

preparation) and agree to exclude time from May 3, 2010, until the date of the status conference, June 28, 2010.

Counsel for the government has authorized counsel for Mr. Paucar to sign this stipulation.

IT IS SO STIPULATED.

Dated: April 28, 2010                           /s/  John R. Manning
                                                JOHN R. MANNING
                                                Attorney for Defendant
                                                Juan Paucar


Dated: April 28, 2010                           Benjamin B. Wagner
                                                United States Attorney

                                   by:          /s/ John R. Manning  for
                                                SAMANTHA S. SPANGLER
                                                Assistant U.S. Attorney


**IT IS SO ORDERED.**


Dated: April 29, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE