JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JUAN PAUCAR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-09-0149 FCD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING SENTENCING |
| JUAN PAUCAR, | Judge: Honorable Frank C. Damrell, Jr. |
| Defendant. | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Samantha S. Spangler, Assistant United States Attorney, together with counsel for defendant Juan Paucar, John R. Manning, Esq., that the sentencing presently set for September 13, 2010 be **continued to October 4, 2010, at 10:00 a.m**. to allow the parties more time to prepare for sentencing.

IT IS SO STIPULATED.

Dated: September 7, 2010　　　　　　　　　　　　　　　/s/  John R. Manning
　　　　　　　　　　　　　　　　　　　　　　　　　　　JOHN R. MANNING
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　　　Juan Paucar

1

Dated: September 7, 2010　　　　　　　　　　　　Benjamin B. Wagner
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　by:　　/s/ John R. Manning  for
　　　　　　　　　　　　　　　　　　　　　　SAMANTHA S. SPANGLER
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

　　IT IS SO ORDERED.

Dated: September 9, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE