JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JUAN PAUCAR

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-09-0149 FCD |
| Plaintiff, | |
| | STIPULATION AND ORDER CONTINUING SENTENCING |
| v. | |
| JUAN PAUCAR, | Judge: Honorable Frank C. Damrell, Jr. |
| Defendant. | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Samantha S. Spangler, Assistant United States Attorney, together with counsel for defendant Juan Paucar, John R. Manning, Esq., that the sentencing presently set for October 4, 2010 be **continued to October 18, 2010, at 10:00 a.m**. Counsel for the defense has been ill and requests more time to prepare for sentencing.

IT IS SO STIPULATED.

Dated: September 29, 2010 /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Juan Paucar

1

Dated: September 29, 2010                          Benjamin B. Wagner
                                                   United States Attorney

                                          by:   /s/ John R. Manning  for
                                                   SAMANTHA S. SPANGLER
                                                   Assistant U.S. Attorney

    IT IS SO ORDERED.


Dated: September 30, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE